■ The People of the State of New York ex rel. Florian Miedel, on Behalf of Sonam Kukreja, Petitioner, v Commissioner of Department of Correction, City of New York, et al., Respondents. [49 NYS3d 916]—Writ of habeas corpus in the nature of an application to reduce bail upon Queens County indictment Nos. 2317/16 and 2318/16.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Chambers, J.P., Roman, Miller and Connolly, JJ., concur.